Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.   Docket No. 7:23-CR-449 (PMH)

Orrett Anderson

On April 20, 2021, the above-named individual was placed on Supervised Release for a period of Five (5) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Orrett Anderson be discharged from Supervised Release.

Respectfully submitted,

by _____
Glen Spence
Probation Services Technician

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release, and that the proceedings in the case be terminated.

Date this ___1st___ day of ___November___, 20 _24_.

_____
Honorable Philip M. Halpern
U.S. District Judge